No. 05–7200. CRUZ ALVAREZ *v.* HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–7217. POTTS *v.* WHORTON, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7220. STIFF *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 05–7222. VARGAS LOPEZ *v.* EVANS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–7227. RUPERT ET AL. *v.* PARKS, JUDGE, COURT OF COMMON PLEAS OF OHIO, LAKE COUNTY, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 05–7229. WILKINS *v.* WILKINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7231. JOHNSON *v.* LONG ISLAND UNIVERSITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–7234. MORTIS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–7239. DILDAY *v.* SALAZAR ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7240. COX ET UX. *v.* PRINCE GEORGE'S COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7241. ESPINOZA *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 05–7242. COMEAUX *v.* MACKWANI ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–7243. EDWARDS *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 05–7245. JAMES *v.* LEWIS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7248. QUILES *v.* CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.